PEOPLE v KEITH TAYLOR, No. 138188; Court of Appeals No. 284331.

*Summary Disposition March 18, 2009:*

PEOPLE v ROBERT BAILEY, No. 137688. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we vacate the Court of Appeals' double jeopardy analysis and remand this case to that court for reconsideration, under the five-factor test recognized by this Court in *People v Mezy*, 453 Mich 269, 285 (1996), of the defendant's argument that his two convictions of conspiracy to deliver less than 50 grams of cocaine violate double jeopardy principles. We note that *People v Manning*, 163 Mich App 641 (1987), which the Court of Appeals cited in its judgment, is no longer controlling to the extent it is inconsistent with *Mezy, supra.* In all other respects, the application for leave to appeal is denied because we are not persuaded that the questions presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 278047.